**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**KAYLEE LARTIGUE,**

  *Plaintiffs*,

v.                                                             Case No. SA-19-CV-00393-JKP

**NORTHSIDE INDEPENDENT**
**SCHOOL DISTRICT,**

  *Defendant*.

## FINAL JUDGMENT

In accordance with the Court's ruling on September 7, 2022 and the Court's Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court hereby **ORDERS** final judgment is entered **DISMISSING WITH PREJUDICE** all remaining claims in this matter.

The Clerk of Court is directed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 9th day of September, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE